# 37th District Court

## Case Summary

### Case No. 2021CI13827

| | | |
|---|---|---|
| **Kristen Palme VS Walmart, Inc ET AL** | § § § | Location: **37th District Court**<br>Judicial Officer: **37th, District Court**<br>Filed on: **07/12/2021** |

---

### Case Information

| | |
|---|---|
| Case Type: | OTHER INJURY OR DAMAGE |
| Case Status: | **07/12/2021** Pending |

### Assignment Information

**Current Case Assignment**
Case Number     2021CI13827
Court           37th District Court
Date Assigned   07/12/2021
Judicial Officer 37th, District Court

### Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | Palme, Kristen | **KING, MATTHEW J**<br>*Retained* |
| **Defendant** | Wal Mart Stores Texas, LLC | **SAENZ, JAIME ARTURO**<br>*Retained* |
| | Walmart, Inc | **SAENZ, JAIME ARTURO**<br>*Retained* |

### Events and Orders of the Court

| | |
|---|---|
| 07/12/2021 | New Cases Filed (OCA) |
| 07/12/2021 | PETITION |
| 07/12/2021 | REQUEST FOR SERVICE AND PROCESS |
| 07/23/2021 | **Citation**<br>Wal Mart Stores Texas, LLC<br>Served: 07/26/2021 |
| 07/27/2021 | RETURN OF SERVICE -- SUCCESSFUL<br>*WAL-MART STORES TEXAS, LLC* |
| 08/03/2021 | JURY FEE PAID |
| 08/03/2021 | ORIGINAL ANSWER OF<br>*WALMART, INC. & WAL-MART STORES TEXAS, LLC* |